UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-00190-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| EMANUEL MANN BILLINGS | |

On motion of the Defendant, Emanuel Mann Billings, and for good cause shown, it is hereby ORDERED that DE 41 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __11__ day of February, 2021.

JAMES C. DEVER III
United States District Judge