# UNITED STATES OF AMERICA
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
## Case No: 7:19-CR-190-1D

UNITED STATES OF AMERICA

vs.                                                    ORDER

EMANUEL MANN BILLINGS

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on August 24, 2021 be turned over to Detective David B. Harrel to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 1 | Taurus 9mm Pistol |
| 2 | 9mm Ammunition |

This 24th day of August, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____