UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-CR-190-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[DOCKET ENTRY NUMBER 122]** |
| EMANUEL MANN BILLINGS, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 122 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the **27** day of **April**, 2022.

_____
JAMES C. DEVER III
United States District Judge