IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-190-D

UNITED STATES OF AMERICA  )
                          )
          v.              )          **ORDER**
                          )
EMANUEL MANN BILLINGS,    )
                          )
          Defendant.      )

On April 17, 2023, defendant filed a pro se motion to show cause [D.E. 141]. On May 17,

2022, defendant, through counsel, filed a notice of appeal [D.E. 129]. The appeal is pending. The

United States Court of Appeals for the Fourth Circuit has jurisdiction. Defendant's motion to show

cause [D.E. 182] is DISMISSED.

SO ORDERED. This ɪ5 day of August, 2023.


                                    JAMES C. DEVER III
                                    United States District Judge